IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA     * <br>     * <br>                 Plaintiff     * <br>     * <br> V.     * <br>     *     NO:  2:10CV00105 SWW <br> EPHRON H. LEWIS AND DORIS J.     * <br> LEWIS; LEWIS & SON RICE     * <br> PROCESSING CORPORATION, An     * <br> Arkansas Corporation; ENTERPRISE     * <br> CORPORATION OF THE DELTA;     * <br> ARKANSAS LAND AND FARM     * <br> DEVELOPMENT CORPORATION;     * <br> and TEEL MARKETING SERVICES,     * <br> INC.     * <br>                 Defendants     * <br>     * | |

## **ORDER**

The U.S. Department of Agriculture (USDA), Rural Development (RD), formerly Farmers Home Administration, made loans to the defendants Ephron H. Lewis, Doris J. Lewis and Lewis & Son Rice Processing Corporation (Borrowers). This is an action brought by the plaintiff to recover judgment *in personam* against the borrowers on their promissory notes, to foreclose a real estate mortgage on real property in Cross County and to enforce a security interest in farm equipment and machinery which secure payment of the notes.

Before the Court is the plaintiff's motion for summary judgment (docket entry #7). Defendants have responded that they do not oppose plaintiff's motion (docket entry #10).

IT IS THEREFORE ORDERED that Plaintiff's motion for summary judgment (docket

entry #7) is GRANTED.  The United States is directed to submit a precedent for judgment for the debt owed to plaintiff on the Borrowers' promissory notes, including any deficiency remaining after sale of the collateral, foreclosure of plaintiff's real estate mortgage and enforcement of its security interest in the subject equipment and machinery.

       IT IS SO ORDERED THIS 20TH  DAY OF MAY, 2011.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE