IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 2:10CV00105 SWW

EPHRON H. LEWIS AND DORIS J. LEWIS;
LEWIS & SON RICE PROCESSING CORPORATION,
an Arkansas Corporation; ENTERPRISE CORPORATION
OF THE DELTA; ARKANSAS LAND AND FARM
DEVELOPMENT CORPORATION AND TEEL
MARKETING SERVICES, INC.                                    DEFENDANTS


ORDER CONFIRMING MARSHAL'S SALE

　　　　Now on this day there is presented to the Court the report of sale of the United

States Marshal for the Eastern District of Arkansas, made pursuant to the judgment

entered in the above-captioned case on June 24, 2011.  It appears to the satisfaction of the

Court that the time, terms and place of said sale were advertised as required by law in a

newspaper regularly issued and having general circulation in Cross County, Arkansas, for

four consecutive weeks, the last publication being on January 13, 2012, and that the said

sale was held at the Cross County Courthouse, Wynne, Arkansas, on January 18, 2012, at

10:00 a.m., in conformity with the judgment of this Court.  At such sale, Rural

Development, U.S. Department of Agriculture, was the highest and best bidder for the

property, and the property was then sold to the said Rural Development, U.S. Department

of Agriculture.

　　　　At such sale Rural Development, U.S. Department of Agriculture, bid the sum of

$86,600, and that being the highest and best bid offered, the property was then sold to Rural Development, U.S. Department of Agriculture.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the buy back by the United States of America, U.S. Department of Agriculture, Rural Development should be approved.  The expense items reported by the United States Marshal in the amount of $110.00 is hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto.  The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand.  The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser Rural Development, U.S. Department of Agriculture in possession of the property.

IT IS SO ORDERED THIS 30th DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE