IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                    Case 2:10CV00105 SWW

EPHRON H. LEWIS AND DORIS J. LEWIS;
LEWIS & SON RICE PROCESSING CORPORATION,
an Arkansas Corporation; ENTERPRISE CORPORATION
OF THE DELTA; ARKANSAS LAND AND FARM
DEVELOPMENT CORPORATION AND TEEL
MARKETING SERVICES, INC.                                                        DEFENDANTS

ORDER APPROVING MARSHAL'S DEED

On this day Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to said United States of America, acting by and through the U.S. Department of Agriculture, Rural Development, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Clifton T. Massanelli. acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

IT IS SO ORDERED THIS 30th DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE