IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                     No. 2:10cv00105 SWW

EPHRON H. LEWIS AND DORIS J. LEWIS;
LEWIS & SON RICE PROCESSING CORPORATION,
an Arkansas Corporation; ENTERPRISE CORPORATION
OF THE DELTA; ARKANSAS LAND AND FARM
DEVELOPMENT CORPORATION AND TEEL
MARKETING SERVICES, INC.                                              DEFENDANTS

ORDER OF DISTRIBUTION

On January 18, 2012, at 10:00 a.m., at the west entrance of the Cross County Courthouse, Wynne, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on June 24, 2011.  At such sale, Rural Development, U.S. Department of Agriculture, was the highest and best bidder for the property, and the property was then sold to the said Rural Development, U.S. Department of Agriculture.

The United States Marshal received a check totaling $86,600, from Rural Development, U.S. Department of Agriculture for payment in full for the property.  In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR  72201 and notify Richard M. Pence, Jr., Assistant United States Attorney by sending copy of same.  Expenses incurred for the U.S. Marshal to perform this sale was 110.00.  The U.S. Attorney's office expended  $1,774.50 for filing fee, title

update and advertising.

The remaining funds be distributed to the U.S. Department of Agriculture, Rural Development, 3201 Federal Building, 700 West Capitol Avenue, Little Rock, AR 72201, and notify Richard M. Pence, Jr., Assistant United States Attorney, by sending copy of same.

IT IS SO ORDERED THIS 30th DAY OF MARCH, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE